ANGELO RUOTOLO, Appellant, v FANNIE MAE et al., Respondents.

Submitted July 27, 2015; decided October 20, 2015

Motion to dismiss appeal granted, without costs, and appeal dismissed upon the ground that no substantial constitutional question is directly involved.

In the Matter of ISABEL VIDEA, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent.

Submitted August 24, 2015; decided October 20, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for a stay dismissed as academic.